# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Victor Osinski, | ) | Case No. 21-03063 |
| Debtor | ) . | |
| | ) | Hon. Timothy A. Barnes |

## NOTICE OF MOTION TO DISMISS

TO: See attached list

PLEASE TAKE NOTICE that on May 3 2021, at 1:00 p.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion of Victor Osinski to Dismiss Chapter 7 Case, a copy of which is attached. This motion will be presented and heard electronically using Zoom for Government.

No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.

Then enter the meeting ID and password. Meeting ID and password. The meeting ID for this hearing is 160 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

Movant: Victor Osinski
By: Richard N, Golding, Esq.
THE GOLDING LAW OFFICES, P.C.
500 N. Dearborn Street, 2nd FL
Chicago, IL 60654
Tel: 312 832-7885
Email: rgolding@goldinglaw.net

1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF Illinois
EASTERN DIVISION

| | | |
|---|---|---|
| Victor Osinski | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Bankruptcy Case No. 21-03063 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |

**MOTION TO DISMISS PURSUANT TO FED. R. OF BK. P. 1017(a)**

NOW COMES Victor Osinski, Debtor herein, by and through his attorney, Richard N. Golding, and moves this court to dismiss his Voluntary Petition pursuant to Rule 1017(a) of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure and in support thereof advises the Court as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §1334. This proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (N). Venue is proper in this district pursuant to 28 U.S.C. §1408. The statutory predicate for the relief

2. On March 10, 2021, Debtor filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code ("Code"). Debtor resolved the issues contribution to the necessity for hie to file this instant Chapter 7 proceeding.

3. Notice has been given pursuant to Rule 2002 (a)(4) of the Federal Rues of Bankruptcy Procedure.

### II RELIEF SOUGHT

3. The Debtor requests that the instant case be dismissed as the continuance of this case will neither benefit the Debtor or his creditors.

WHEREFORE, Victor "Vitold" Osinski prays for the entry of an order dismissing this case without prejudice.

Respectfully submitted,

/S/ Richard N. Golding
Attorney for the Debtor

Richard N. Golding (ARDC 0992100)
The Golding Law Offices, P.C.
500 N. Dearborn Street, 2nd FL
Chicago, IL 60610
Tel:   (312) 832-7892
Fax:  (312) 755-5720
rgolding@goldinglaw.net

## CERTIFICATE OF SERVICE

I, Richard N. Golding, an attorney, declareS under penalty of perjury under the laws of the United States of America that I served a copy of this Notice of Motion and Motion on each entity shown on the attached list at the address shown and by the method indicted on the list on April 3, 2021 at 12.00P.M.

TO ALL REGISTERED ECF USERS                    /s/Richard N. Golding

BY FIRST CLASS MAIL

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Toyota Financial Services
Attn: Bankruptcy
Po Box 8026
Cedar Rapids, IA 52409

Arkadiusz Kosinski
8725 Sumerdale Ave, Apt 15
Chicago, Il 60656-2331

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Genesis Financial/Jared
Genesis FS Card Services
Po Box 4477
Beaverton, OR 97076-4401

Kirk Etter
c/o B. Lane Hasler
33 N. Dearborn Street, Suite 2330
Chicago, IL 60602-3855

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Syncb/verizo
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Kirk Etter
c/o Lane Hasler
33 North Dearborn
Suite 2330
Suite 2330
Chicago, IL 60602-3855

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Phillip D Levey ESQ
2722 North Racine Avenue
Chicago, IL 60614-6775

(d)Chase Card Services
Correspondence Dept.
PO Box 15298
Wilmington, DE 19850

Victor Osinski
2250 Landwehr Road
Northbrook, IL 60062-6416

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

4